424 A.2d 867

James J. COYLE, Petitioner,

v.

COMMONWEALTH of Pennsylvania, Respondent.

No. 635 Eastern District Miscellaneous Docket, 1980.

Supreme Court of Pennsylvania.

Nov. 29, 1980.

## ORDER OF COURT

PER CURIAM.

AND NOW, to-wit, this 28th day of November, 1980, it appearing that the instant petition is controlled by the

recent decision of this Court in *Commonwealth v. Wadzinski*, 492 Pa. 35, 422 A.2d 124 (1980) IT IS HEREBY ORDERED AND DECREED THAT the order of the Superior Court, 421 A.2d 716, is reversed and petitioner is discharged.